UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

United States of America,

        Plaintiff,

vs.                                ORDER ADOPTING
                                     REPORT AND RECOMMENDATION

Harold James Johnson, Jr.,

        Defendant.                     Crim. No. 16-224 (MJD/LIB)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

That Defendant's Motion to Suppress [Docket No. 24] is DENIED.

DATED: November 9, 2016                        s/Michael J. Davis
At Minneapolis, Minnesota                  Michael J. Davis
                                                 United States District Court